McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD T. SMITH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>　　　　　Defendant. | Case No. 2:05-CV-01687-CMK<br><br>STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT TO FEBRUARY 17, 2006 |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the permission of the Court as indicated below, that Defendant's time to respond to Plaintiff's complaint is hereby extended from the present due date of January 18, 2006, by 30 days, to the new filing date of February 17, 2006.  The extension is needed because the Assistant Regional Counsel at Social Security Administration's Office of the General Counsel who is handling the pre-answer review of this matter is out of the office.  The parties further stipulate that Plaintiff shall have 45 days after service of Defendant's answer and the administrative record to file motion for summary judgment or submit new evidence, as provided for by the Scheduling Order dated October 6, 2005.  Subsequent dates shall follow accordingly.

1

For the above stated reasons, the parties request that the Court grant the requested extension. This is the first request to extend Defendant's deadline to respond to Plaintiff's complaint.

The parties further stipulate that counsel for Plaintiff will provide a facsimile of this stipulation bearing counsel's signature for retention in Defendant's case file, and hereby authorizes counsel for Defendant to file this document in .pdf format under the latter's Electronic Case Filing password, pursuant to Local Rule 7-131.

DATED: January 18, 2006              */s/ David M. Shore*
                                     DAVID M. SHORE

                                     Attorney for Plaintiff

DATED: January 18, 2006              McGREGOR W. SCOTT
                                     United States Attorney

                                 By: */s/ Bobbie J. Montoya*
                                     BOBBIE J. MONTOYA
                                     Assistant U. S. Attorney

                                     Attorneys for Defendant

OF COUNSEL:

LUCILLE GONZALES MEIS
Chief Counsel, Region IX

ERIC K. H. CHINN
Assistant Regional Counsel

U. S. Social Security Administration

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

    **For good cause shown, the requested extension of Defendant's time to respond to Plaintiff's complaint in <u>SMITH v. BARNHART</u>, Case No. 2:05-cv-01687-CMK, is hereby APPROVED.  Defendant shall file her response on or before February 17, 2006.**

    **SO ORDERED.**

**January 19, 2006**

    /s/   **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE